### EGAN, Respondent, v. LAEMMLE, Appellant.

*(Common Pleas of New York City and County, General Term.* June 29, 1892.)

Appeal from third district court.

Action by John Egan against Joseph Laemmle.

Argued before BISCHOFF and GIEGERICH, JJ.

*J. Delahanty,* for respondent.

No opinion. Judgment affirmed, with costs.

---

### KRUSE CASH REGISTER CO., Appellant, v. BYRNE, Respondent.

*(Common Pleas of New York City and County, General Term.* June 29, 1892.)

Appeal from fourth district court.

Action by the Kruse Cash Register Company against Peter J. Byrne.

Argued before BISCHOFF and GIEGERICH, JJ.

No opinion. Judgment reversed, new trial ordered, costs to appellant to abide the event.

---

### MANLY, Respondent, v. RICHMAN, Appellant.

*(Common Pleas of New York City and County, General Term.* June 29, 1892.)

Appeal from fourth district court.

Action by Mary A. Manly against Jacob Richman.

Argued before BISCHOFF and GIEGERICH, JJ.

No opinion. Judgment affirmed, with costs.

---

### OTTEBURG, Respondent, v. HEATHER, Appellant.

*(Common Pleas of New York City and County, General Term.* June 29, 1892.)

Appeal from seventh district court.

Action by Marcus Otteburg against Henry Heather.

Argued before BISCHOFF and GIEGERICH, JJ.

*S. Baker,* for appellant. *M. Steinert,* for respondent.

No opinion. Judgment reversed, new trial ordered, costs to appellant to abide the event.

---

### OVERRACKER, Respondent, v. LYNCH, Appellant.

*(Common Pleas of New York City and County, General Term.* July 1, 1892.)

Appeal from eighth district court.

Action by Martin Overracker against Michael Lynch.

Argued before BISCHOFF and GIEGERICH, JJ.

*E. L. Abbott,* for appellant. *G. A. C. Barnett,* for respondent.

No opinion. Judgment affirmed, with costs.

---

### PEOPLE v. JOHNSON et al.

*(Common Pleas of New York City and County, General Term.* June 29, 1892.)

Argued before BISCHOFF and GIEGERICH, JJ.

*Delancy Nicoll,* for the People. *Friend & House,* for Johnson.

No opinion. Motion to vacate judgment entered on a forfeited recognizance denied. See 4 N. Y. Supp. 705.

---

### SACKEN, Respondent, v. FENSLEY, Appellant.

*(Common Pleas of New York City and County, General Term.* July 1, 1892.)

Appeal from first district court.

Action by Frederick Sacken against William A. Fensley.